

# THE MIRVIS LAW FIRM, P.C.

August 3, 2023

**VIA ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        **Re: United States v. Jasur Rahmatov**
        **Criminal Docket No.: S5 20-CR-653-(RA)**

Dear Judge Abrams:

    On behalf of Mr. Rahmatov, I write to respectfully request a modification of Mr. Rahmatov's Pretrial Supervision conditions to permit him to travel to Pennsylvania, to drop his daughter off at summer camp, visit his daughter at summer camp, and pick her up at summer camp. If permission is granted, Mr. Rahmatov would travel to Pennsylvania on August 6, 2023, to drop his daughter off and would return the same day. He would then travel to Pennsylvania on August 12, 2023, spend the night and return on August 13, 2023. Then he would travel to Pennsylvania on August 19, 2023, spend the night, and return from Pennsylvania, with his daughter on August 20, 2023.

    I have spoken to the AUSA handling this matter and Mr. Rahmatov's Pre-Trial Officer and they both have no objection to this Application.

    Mr. Rahmatov and I thank Your Honor in advance for your consideration of this Application.

Application granted.

SO ORDERED.

*[signature]*
Ronnie Abrams, U.S.D.J.
August 4, 2023

**Respectfully Submitted**,

By:  /S/ Tony Mirvis
     Tony Mirvis, Esq. (TM-2890)

28 DOOLEY STREET, 3RD FLOOR, BROOKLYN, NY 11235
PHONE: 718.934.4141 · FAX: 718.228.8408
MIRVIS.TONY@GMAIL.COM