USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

v.

JASUR RAHMATOV,

              Defendant.

No. 20-CR-653 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Defendant Jasur Rahmatov is scheduled to be sentenced on Wednesday, June 26, 2024. In light of the issues raised by Rahmatov in his sentencing submission regarding his attempted cooperation and the loss amount, the Government is hereby ordered to respond by Monday, June 24, 2024. In doing so, the Government should be sure to

- address Rahmatov's argument that his "extensive cooperation" entitles him to a downward variance;

- substantiate the loss amount of $12,344,695.88;

- confirm that it has complied with its disclosure obligations given that notes from a proffer could bear on "punishment," *United States v. Coppa*, 267 F.3d 132, 135 (2d Cir. 2001), where, for example, they shed light on a defendant's "characteristics evidenced by cooperation," *United States v. Fernandez*, 443 F.3d 19, 33 (2d Cir. 2006), *abrogated on other grounds by Rita v. United States*, 551 U.S. 338 (2007); *see United States v. Coppa*, 267 F.3d 132, 135 (2d Cir. 2001); and articulate its legal justification for declining to provide Rahmatov the requested proffer notes.

Dated:    June 21, 2024
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge