

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 21, 2024

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The sentencing is adjourned to July 19, 2024 at 2:00 p.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 25, 2024

Re:   *United States v. Jasur Rahmatov*, 20 Cr. 653 (RA)

Dear Judge Abrams:

   The Government respectfully requests to adjourn its deadline to respond to the defendant's sentencing submission filed Monday night and to respond to the questions raised in the Court's order issued this afternoon. The lead AUSAs handling this matter have been on leave as of Wednesday, and the undersigned is serving jury duty this Monday. Given the prosecutors' availability and in order to have adequate time to respond to the issues raised in the defendant's submission and in the Court's order, the Government respectfully requests to adjourn its deadline to respond from this Monday, June 24 to Friday, June 28. The Government also requests to adjourn the sentencing to the afternoon of July 9 or 10, at which time both parties are available. The defendant consents to these requests.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for
the Southern District of New York

By: __/s/ Cecilia Vogel_____
   Thane Rehn
   Cecilia Vogel
   Assistant United States Attorneys
   (212) 637-2354/1084

cc:  Tony Mirvis, Esq. (via ECF an email)